## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| Holocaust Victims of Bank Theft, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Magyar Nemzeti Bank, Erste Group Bank, MKB Bayerische Landesbank, OTP Bank, and Credit Anstalt Bank, )<br><br>Defendants. ) | No. 10-cv-1884<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Ashman |

### ERSTE GROUP BANK AG'S CONDITIONAL MOTION TO CERTIFY

Erste Group Bank AG ("Erste"), by its attorneys, hereby requests, without prejudice to its pending motion for reconsideration (Docket Nos. 181, 183), that in the event the Court does not grant Erste's motion for reconsideration and dismiss the case against Erste, the Court certifies pursuant to 28 U.S.C. § 1292(b), the following questions arising from this Court's May 18, 2011 Order (Docket No. 176) denying Erste's motion to dismiss the Amended Complaint:

1.   Whether the plaintiffs' claims against Erste present a non-justiciable political question in light of the Statement of Interest ("SOI") filed by the United States of America informing the Court that the continued pendency of this action against Erste impairs the foreign policy of the United States; and

2.   Whether the claims are time-barred under the applicable Statutes of Limitations.

Erste also conditionally joins in the motions of co-defendants Magyar Nemzeti Bank ("MNB") to certify questions concerning (a) the political question doctrine and (b) the statute of limitations and of co-defendant OTP Bank ("OTP") to certify questions concerning (a) subject matter jurisdiction and (b) standing.

Erste is submitting a memorandum of law in support of this motion.

WHEREFORE, Erste respectfully requests that this Court grant this conditional motion to certify the issue of the justiciability of the claims against Erste and the timeliness of the action under applicable statutes of limitations.

Respectfully submitted,

ERSTE GROUP BANK AG

Dated:  June 15, 2011

By: /s/ Steven L. Baron
    One of its attorneys

Steven L. Baron (ARDC #6200868)
Sharon R. Albrecht (ARDC #6288927)
MANDELL MENKES LLC
333 West Wacker Drive, Ste. 300
Chicago, IL  60606
Tel:  (312) 251-1000

and

Alan Kanzer, admitted pro hac vice
Amber Wessels, admitted pro hac vice
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
(212) 210-9480
(212) 210-9444 (fax)