## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Istran P. Somogyi, et al.

    Plaintiff(s)

v.

Magyar Nemzeti Bank, et al.

    Defendant(s)

Case No. 10 C 1884

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)

and against defendant(s)

in the amount of $    ,

which ☐ includes    pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)

and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: Defendant Defendant Erste Group Bank AG's (Erste) motion for reconsideration [356] was granted. Judgment is entered in favor of Erste Group Bank AG and Magyar Nemzeti Bank. All matters having been concluded, this is a final and appeable order.

---

This action was *(check one)*:

☐ tried by a jury with Judge Select a Judge    presiding, and the jury has rendered a verdict.

☐ tried by Judge Select a Judge    without a jury and the above decision was reached.

☐ decided by Judge Samuel Der-Yeghiayan    on a motion for

Date: January 14, 2014

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing_____, Deputy Clerk