IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL JOSEPH ALBERT, EDITH REICH ALEXANDER, JUDITH VARNEI ARONSON, STEPHEN ISTRAN BASS, KATALIN BRAUN, AGNES ILONA DETRE, GILA ABELES SCHMERLING, ISTRAN PETER SOMOGYI, and JOE STAR, individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>    v.<br><br>MAGYAR NEMZETI BANK and ERSTE GROUP BANK, foreign business entities doing business in the United States,<br><br>    Defendants. | No.: 10 CV 01884<br><br>The Honorable Samuel Der-Yeghiayan |

## NOTICE OF APPEAL

Notice is hereby given that the plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from an Order dismissing without prejudice this action against Defendant Erste Group Bank based on the doctrine of *forum non conveniens* entered in this action on the 14th day of January, 2014 (the "January 2014 Order"). A prior Order dismissing without prejudice this action against Defendant Magyar Ilamvasutak Zrt for failure of Plaintiffs to exhaust their Hungarian remedies was entered in this action on the 20th day of August, 2013 (the "August 2013 Order"). A Notice of Appeal of the August 2013 Order was filed on September 19, 2013. A Petition for Interlocutory Appeal was filed with the District Court on November 15, 2013 of the August 2013 Order. The January 2014 Order struck the Petition for Interlocutory Appeal as moot and entered judgment in favor of both Defendants.

Date: February 11, 2014                                  Respectfully submitted,

  /s/ Jeffrey A. Leon
JEFFREY A. LEON
COMPLEX LITIGATION GROUP LLC
513 Central Avenue, Suite 300
Highland Park, Illinois
(847) 433-4500
(847) 433-2500 (Fax)
jeff@complexlitgroup.com

ROBERT JAMES PAVICH
IAN H. LEVIN
JOHN J. PAVICH
PAVICH LAW GROUP
20 South Clark Street, Suite 700
Chicago, Illinois 60603
(312) 782-8500
(312) 853-2187 (Fax)
rpavich@pavichlawgroup.com

***PLAINTIFFS' INTERIM CO-LEAD COUNSEL***

KENNETH F. MCCALLION
MCCALLION & ASSOCIATES LLP
100 Park Ave., 16th Floor
New York, NY 10017
kfm@mccallionlaw.com

RICHARD H. WEISBERG
Walter Floersheimer Professor
Of Constitutional Law
Cardozo Law School
55 Fifth Avenue, Suite 520
New York, NY 10003
rhweisbg@yu.edu

AGNES GROSSMAN
Law Offices of Richard D. Grossman
225 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
agnes.grossman@gmail.com

***MEMBERS OF EXECUTIVE COMMITTEE***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, affirms that on February 11, 2014, he filed an electronic copy of the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

  /s/ Jeffrey A. Leon
One of Plaintiffs' Attorneys